**Pam Bassel**
**Chapter 13 Standing Trustee**
**6100 Western Place, Ste 1050**
**Ft. Worth, TX 76107**
Telephone: (817) 916-4710
Facsimile: (817) 916-4770

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| IN RE: DAVID LARAY ROBERSON<br>JACQUELYNE BAKER ROBERSON<br><br>  Debtors | Case No: 13-42021-RFN<br>Prehearing Date: December 27, 2013 |

**NOTICE OF PRE-HEARING CONFERENCE AND
HEARING ON "TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS,
OBJECTION TO CLAIMS, AND PLAN MODIFICATION (IF REQUIRED)"**

TO ALL PARTIES IN INTEREST:

A Pre-Hearing Conference with the Chapter 13 Trustee concerning the attached Trustee's Recommendation Concerning Claims, Objection to Claims, and Plan Modification (if required)("TRCC") will be held at **9:00 AM** on **December 27, 2013** at 6100 Western Place Dr, Suite 550, Fort Worth, TX 76107.

If any objections to the Pleadings are not resolved or defaulted at the Trustee's Pre-hearing Conference then this matter will be called at the docket call to be held at **8:30 AM** on **January 02, 2014** at 204 U.S. Courthouse, 10th and Lamar Streets, Fort Worth, TX, with the hearing on the matter immediately following the conclusion of the docket call.

Pursuant to General Order 2010-01 Section 8(c), unless an objection is timely filed as to the treatment of any claim or modification, the claim or modification will be allowed or approved as described in the TRCC and such treatment will be final and binding on all parties, unless Section 502j of the Bankruptcy Code applies.

  TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, FILED WITH THE COURT, AND A COPY SERVED ON THE FOLLOWING PARTIES NO LATER THAN DECEMBER 20, 2013.

DEBTORS:   DAVID LARAY ROBERSON & JACQUELYNE BAKER ROBERSON, 1314 Beacon Hill Dr, Midlothian, TX 76065
ATTORNEY:  SWINDELL AND ASSOCIATES PC, 6850 MANHATTAN BLVD STE 250, FT WORTH, TX 76120
COURT:     CLERK'S OFFICE, US BANKRUPTCY COURT, 128 U.S. COURTHOUSE, 10TH & LAMAR ST, FT. WORTH, TX 76102
TRUSTEE:   TRUSTEE'S OFFICE, 6100 Western Place, Ste 1050, Ft. Worth, TX 76107

/s/ Pam Bassel
Pam Bassel, Trustee/State Bar # 01344800

Case 13-42021-rfn13 Doc 29 Filed 11/13/13 Entered 11/13/13 16:13:40 Page 2 of 6

CASE NO: 13-42021-RFN  Page 2
DAVID LARAY ROBERSON & JACQUELYNE BAKER ROBERSON
Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the "Notice of Pre-Hearing Conference and Hearing on Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)" and that a copy of the "Trustee's Recommendation Concerning Claims, Objection to Claims, and Plan Modification (if required)" was served on the following parties at the address listed below by the United States First Class Mail or via electronic mail.

/s/ Pam Bassel

DEBTORS:  DAVID LARAY ROBERSON & JACQUELYNE BAKER ROBERSON, 1314 Beacon Hill Dr, Midlothian, TX 76065
ATTORNEY:  SWINDELL AND ASSOCIATES PC, 6850 MANHATTAN BLVD STE 250, FT WORTH, TX 76120

CREDITORS:
AARONS, 1351 N HWY 287, MANSFIELD, TX 76063
AMERICAN INFOSOURCE LP, PO BOX 248838, OKLAHOMA CITY, OK 73124
ANH P NGUYEN, 550 WESTCOTT STE 560, HOUSTON, TX 77007-0000
AT&T, PO BOX 630060, DALLAS, TX 75263***
BASS & ASSOCIATES, 3936 E FT LOWELL RD STE 200, TUCSON, AZ 85712-0000
CAPITAL ONE, PO BOX 30285, SALT LAKE CITY, UT 84130
CARRINGTON MORTGAGE SERVICES LLC, 1610 E SAINT ANDREWS PLACE STE B150, SANTA ANA, CA 92705-0000
CB OF HUDSON VALLEY, 155 N PLANK RD, NEWBURG, NY 12550-0000
CITIBANK USA, PO BOX 20363, KANSAS CITY, MO 64195-0000
CITY OF DALLAS PARKING, 1500 MARILLA, DALLAS, TX 75201-0000
CREDIT SERVICES, 390 PRINTERS WAY PKWY, COLORADO SPRINGS, CO 60910-0000
CREDIT SYSTEMS INTL INC, 1277 COUNTRY CLUB LN, FORT WORTH, TX 76112-0000
DIRECT TV, PO BOX 78626, PHOENIX, AZ 85062
DIRECTV, 2230 E IMPERIAL HWY, EL SEGUNDO, CA 90245-0000
EDWARD SLOAN & ASSOCIATES JJ, PO BOX 788, WINNSBORO, TX 75494-0000
ELLIS COUNTY, TAX ASSESSOR/COLLECTOR, PO BOX DRAWER 188, WAXAHACHIE, TX 75168-0000
EOS CCA, PO BOX 806, NORWELL, MA 02061-0000
FIRST NATIONAL COLLECTION BUREAU, 3631 WARREN WAY, RENO, NV 89509-0000***
FORD MOTOR CREDIT CORPORATION LLC, PO BOX 6275, DEARBORN, MI 49519-0000
GARYS USED CARS, 5515 SINGLETON BLVD, DALLAS, TX 75212-0000
HSBC, PO BOX 5213, CAROL STREAM, IL 60197
INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA 19101
INTERNAL REVENUE SERVICE, PO BOX 7317, PHILADELPHIA, PA 19101
IRVING ORTHOPEDICS & SPORTS ME, 2120 N MACARTHUR BLVD STE 100, IRVING, TX 75061
LINEBARGER GOGGAN BLAIR SIMPSON ET AL, 2323 BRYAN ST STE 1600, DALLAS, TX 75201
LVNV FUNDING LLC, RESURGENT CAPITAL SERVICES, PO BOX 10587, GREENVILLE, SC 29603
NTTA - LEGAL SERVICES, PO BOX 260928, PLANO, TX 75026
OCWEN LOAN SERVICING, ATTN PAYMENT PROCESSING, 3451 HAMMOND AVE, WATERLOO, IA 50702-0000
OCWEN LOAN SERVICING LLC, ATTN: BANKRUPTCY DEPARTMENT, 1100 VIRGINIA DR, FORT WASHINGTON, PA 19034-0000
OSEETHA CAPITAL LLC, C/O CB OF THE HUDSON VALLEY, 155 N PLANK RD, NEWBURGH, NY 12550-0000
PERDUE BRACKETT FLORES UTT & BURNS, JV, C/O PBFC&M, LLP, 4025 WOODLAND PARK BLVD STE 300, ARLINGTON, TX 76013
PITE DUNCAN, 4375 JUTLAND DR STE 200, PO BOX 17933, SAN DIEGO, CA 92117
PRA RECEIVABLES MGMT, LLC, PO BOX 12907, NORFOLK, VA 23541-0000
PRA RECEIVABLES MGMT. LLC, PO BOX 41067, NORFOLK, VA 23541-0000
RECEIVABLE MANAGEMENT INC, 107 W RANDOL MILL RD, ARLINGTON, TX 76011-0000
REDBIRD SQUARE ENDOSCOPY, 7929 BROOKRIVER DR #300, DALLAS, TX 75247-0000***
RHONDA WHEELER, 26 GLENDA DR, YUKON, OK 73099-0000***

Case 13-42021-rfn13 Doc 29 Filed 11/13/13 Entered 11/13/13 16:13:40 Page 3 of 6 Page 3

CASE NO: 13-42021-RFN
DAVID LARAY ROBERSON & JACQUELYNE BAKER ROBERSON
Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)

CREDITORS: (cont'd.)

SANTANDER CONSUMER USA, PO BOX 560284, DALLAS, TX 75356
SANTANDER CONSUMER USA, PO BOX 961245, FORT WORTH, TX 76161-0000
SOUTHWESTERN BELL TELEPHONE, C/O AT&T SERVICES, ONE AT&T WAY ROOM 3A231, BEDMINSTER, NJ 07921-0000
TARRANT COUNTY TAX COLLECTOR, DELINQUENT TAX DEPARTMENT, 100 E WEATHERFORD ST, FORT WORTH, TX 76196
UNITED CONSUMER FINANCIAL SERVICES, 865 BASSETT RD, WESTLAKE, OH 44145-0000
US BANK NATIONAL ASSN/GMAC MORTGAGE, ATTN: PAYMENT PROCESSING, 3451 HAMMOND AVE, WATERLOO, IA 50702-0000
US DEPARTMENT OF EDUCATION, NATIONAL PAYMENT CENTER, PO BOX 105028, ATLANTA, GA 30348
US DEPARTMENT OF EDUCATION, PO BOX 16448, ST PAUL, MN 55116
WELLS FARGO, PO BOX 60510, LOS ANGELES, CA 90060
WESTGATE, 2801 OLD WINTER GARDEN, OCOEE, FL 34761-0000
XEROX STATE AND LOCAL SO, 1835 MARKET ST STE 900, PHILADELPHIA, PA 19103-0000

\*\*\*Address on record invalid for recipient -- no document mailed to this party.

Date: November 14, 2013                           By: /s/ Pam Bassel

Case 13-42021-rfn13 Doc 29 Filed 11/13/13    Entered 11/13/13 16:13:40    Page 4 of 6

CASE NO: 13-42021-RFN                                                                                            Page 4
DAVID LARAY ROBERSON & JACQUELYNE BAKER ROBERSON
Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)

**Pam Bassel**
**Chapter 13 Standing Trustee**
6100 Western Place, Ste 1050
Ft. Worth, TX 76107
Telephone: (817) 916-4710
Facsimile: (817) 916-4770

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

**IN RE: DAVID LARAY ROBERSON**                           Case No: 13-42021-RFN
**JACQUELYNE BAKER ROBERSON**

   **Debtors**

### TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO
### CLAIMS AND PLAN MODIFICATION (IF REQUIRED)

The Trustee hereby objects to and/or recommends allowance or disallowance of the following claims for the reason(s) indicated, pursuant to Bankruptcy Rule 3007:

### I.

### OBJECTION - NO PROOF OF CLAIM FILED

The following creditors were scheduled by the Debtor(s). No Proof of Claim has been filed by them or on their behalf as required by Bankruptcy Rule 3002(a). The "bar date" for filing claims pursuant to Bankruptcy Rule 3002(c) has passed. Therefore the claims should be DISALLOWED, and not be paid by the Trustee:

| T'EE # | CREDITOR'S NAME | SCHED CLASS | SCHED AMOUNT |
|---|---|---|---|
| 10 | AARONS | UNSECURED | $0.00 |
| 5 | CARRINGTON MORTGAGE SERVICES LLC | HOME MORTGAGE ARREARAGE | $4,000.00 |
| 6 | CARRINGTON MORTGAGE SERVICES LLC | SECURED | $26,004.00 |
| 28 | CITIBANK USA | UNSECURED | $1,075.00 |
| 15 | CREDIT SERVICES | UNSECURED | $402.00 |
| 16 | CREDIT SERVICES | UNSECURED | $224.00 |
| 17 | CREDIT SYSTEMS INTL INC | UNSECURED | $1,772.00 |
| 19 | FORD MOTOR CREDIT CORPORATION LLC | UNSECURED | $27,412.00 |
| 20 | HSBC | UNSECURED | $1,769.00 |
| 21 | IRVING ORTHOPEDICS & SPORTS ME | UNSECURED | $984.00 |
| 22 | NTTA - LEGAL SERVICES | UNSECURED | $0.00 |
| 23 | REDBIRD SQUARE ENDOSCOPY | UNSECURED | $212.00 |
| 24 | REDBIRD SQUARE ENDOSCOPY | UNSECURED | $209.00 |
| 1 | RHONDA WHEELER | DSO | $0.00 |
| 26 | WELLS FARGO | UNSECURED | $19,688.00 |
| 27 | WESTGATE | UNSECURED | $0.00 |

Case 13-42021-rfn13 Doc 29 Filed 11/13/13 Entered 11/13/13 16:13:40 Page 5 of 6

CASE NO: 13-42021-RFN
DAVID LARAY ROBERSON & JACQUELYNE BAKER ROBERSON
Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)

Page 5

## II-A.

### OBJECTION - DUPLICATE CLAIMS

The Trustee hereby objects to the following claims as they appear to be duplicates of other filed claims, but were not filed as amended or supplemental claims. Therefore these claims should be DISALLOWED, and not paid by the Trustee:

| CLAIM # | CREDITOR'S NAME | CLAIM AMOUNT | AMOUNT | CLASS (S,P,U) |
|---|---|---|---|---|
| | | *** NONE **** | | |

## II-B.

### OBJECTION - FILED IN WRONG CASE

The Trustee hereby objects to the following claims as they appear to have been filed in the wrong case. Therefore these claims should be DISALLOWED, and not paid by the Trustee:

| CLAIM # | CREDITOR'S NAME | CLAIM AMOUNT | AMOUNT | CLASS (S,P,U) |
|---|---|---|---|---|
| | | *** NONE **** | | |

## III.

### TRUSTEE'S RECOMMENDATIONS CONCERNING CLAIMS

The Trustee hereby recommends the ALLOWANCE or DISALLOWANCE of the following claims for the amount(s) and in the class(es) as listed below: (NOTE: Value of collateral, treatment under the Plan and interest rate were determined at confirmation. "Value" and "Treatment" are shown below for information only.)

| CLAIM# | SECURED CREDITORS | COLLATERAL | CLAIM | VALUE | INTEREST RATE | *TREATMENT |
|---|---|---|---|---|---|---|
| 8 | US BANK NATIONAL ASSN/GMAC MORTG | 1ST LIEN/HOMESTEAD ARREARS | $7,857.77 | $120,000.00 | 0.00% | PRO RATA-TR |
| 8 | US BANK NATIONAL ASSN/GMAC MORTG | 1ST LIEN/HOMESTEAD | $108,895.90 | $120,000.00 | | DIRECT-DR |
| 5 | GARYS USED CARS | 2005 DODGE MAGNUM | $6,937.26 | $7,241.88 | 5.25% | PER MO-TR |
| 1 | SANTANDER CONSUMER USA | 2005 HONDA ACCORD | $4,473.89 | $10,000.00 | 4.25% | PER MO-TR |
| 6 | ELLIS COUNTY | HOMESTEAD/13 | $2,709.62 | $0.00 | 0.00% | NO PROVISION |
| 7 | BASS & ASSOCIATES | KIRBY VACUUM | $225.00 | $0.00 | 0.00% | NO PROVISION |
| 8 | US BANK NATIONAL ASSN/GMAC MORTG | SUPPLEMENTAL/BNK-POC FEES | $425.00 | $120,000.00 | | NOT PROVIDED |

| CLAIM# | PRIORITY | CLAIM | *TREATMENT |
|---|---|---|---|
| 3 | INTERNAL REVENUE SERVICE | $14,392.43 | PRO RATA-TR |

| CLAIM# | UNSECURED | CLAIM | COMMENT |
|---|---|---|---|
| 4 | SOUTHWESTERN BELL TELEPHONE | $186.06 | |
| 11 | LVNV FUNDING LLC | $697.26 | |
| 10 | CITY OF DALLAS PARKING | $100.00 | |
| 2 | OSEETHA CAPITAL LLC | $1,547.11 | |
| 13 | DIRECTV | $468.16 | |
| 7 | BASS & ASSOCIATES | $188.55 | UNSEC PORTION PAYEE #32 |
| 3 | INTERNAL REVENUE SERVICE | $10,546.47 | TAXES/09 |

Case 13-42021-rfn13 Doc 29 Filed 11/13/13 Entered 11/13/13 16:13:40 Page 6 of 6

Page 6

CASE NO: 13-42021-RFN
DAVID LARAY ROBERSON & JACQUELYNE BAKER ROBERSON
Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)

**(cont'd.)**

| CLAIM# | UNSECURED | CLAIM | COMMENT |
|---|---|---|---|
| 9 | AMERICAN INFOSOURCE LP | $221.76 | |
| 12 | LVNV FUNDING LLC | $16,904.60 | |
| 14 | US DEPARTMENT OF EDUCATION | $5,046.67 | STUDENT LOANS |

| T'EE # | EXECUTORY CONTRACTS | COMMENT | CLAIM | TREATMENT |
|---|---|---|---|---|
| 29 | AARONS | CONTRACT REJECTED | $0.00 | SURRENDER |

**\* Modified through this TRCC**

**IF THE TRUSTEE'S RECOMMENDATION CONCERNING ANY CLAIM DIFFERS FROM THE AMOUNT INDICATED IN A CREDITOR'S PROOF OF CLAIM, THE RECOMMENDATION IS DEEMED AN OBJECTION TO SUCH CLAIM. UNLESS A TIMELY RESPONSE OR OBJECTION IS FILED CONTESTING THE TRUSTEE'S RECOMMENDATION, THE OBJECTION WILL BE SUSTAINED AND SUCH CLAIM WILL BE ALLOWED ONLY IN THE AMOUNT AND IN THE CLASS INDICATED.**

IV.

**PLAN MODIFICATION**

### Modification Details

The following changes will be made to Debtor Payments, Plan Base and/or Plan Term for the reason(s) specified below:

$600.00 X 10; $719.00 X 50 FOR A BASE AMOUNT OF $41,950.00 IN 60 MONTHS.

### Reason(s) for Modification:

To make the plan sufficient.

To provide for the full claim amount of the pre-petition 1st lien home mortgage arrears. To provide for the full claim amount of the IRS priority claim.

Respectfully submitted,
Office of the Chapter 13 Trustee, Fort Worth

/s/ Pam Bassel

Pam Bassel, Trustee
State Bar # 01344800

Dated: November 14, 2013